UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KATRINA MCEWEN,**<br><br>　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>**NCO FINANCIAL SYSTEMS, INC.,**<br><br>　　　　　　　　　Defendant. | *Civil Action No. 6:10-cv-06543-CJS* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Katrina McEwen hereby voluntarily dismisses the present action against Defendant NCO Financial Systems, Inc., with prejudice, as each side to bear its own costs.

Date: December 6, 2010

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520